UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORESTES ALBERTO B. V., | No. 1:26-cv-04914-RLP |
| Petitioner, | ORDER APPOINTING COUNSEL AND SETTING REPLY DEADLINE |
| v. | |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, | |
| Respondent. | |

Before the Court is Petitioner Orestes Alberto B. V.'s *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Court has reviewed the Petition and the Response. ECF No. 6. Due to the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). **Within seven (7) court days from the date of this Order**, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the

ORDER APPOINTING COUNSEL AND SETTING REPLY DEADLINE ~ 1

Courtroom Deputy via email at Linda_Hansen@waed.uscourts.gov, who shall update the docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

Accordingly, **IT IS ORDERED**:

1. Within seven (7) court days from the date of this Order, the appointing authority for the Eastern District of California shall identify counsel and notify the Court.

2. The Clerk of the Court shall serve a copy of this Order on the Federal Defender, Attention: Habeas Appointment, along with a copy of the § 2241 petition.

3. Petitioner, through counsel, may file a reply to the Government's opposition no later than **August 3, 2026.**

**IT IS SO ORDERED.** The Clerk of the Court shall enter this order and mail a copy to Petitioner.

DATED July 16, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL AND SETTING REPLY DEADLINE ~ 2